**MCM Midland Credit Management™**
350 Camino De La Reina
Suite 100
San Diego, CA 92108

Pay by 1/17/2020 at
**MidlandCredit.com**
or **877-654-1129**

1/2/2020        00034353

Anthony Bianchi
3257 NW 103rd Ter
Coral Springs, FL 33065-6116

107 

**PRE-LEGAL NOTIFICATION**

Our offices are open
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET
to discuss your **CAPITAL ONE BANK (USA), N.A.**
account xxxxxxxxxxxx6184

| | | | |
|---|---|---|---|
| **Current Servicer** | Midland Credit Management, Inc. | **Current Balance** | $2,995.71 |
| **MCM Account Number** | 303268005 | **Date of Default** | 3/20/2018 |
| **Current Owner** | Midland Credit Management, Inc. | **Last Payment Date** | 1/15/2018 |

Dear Anthony,

Midland Credit Management, Inc. wants to work with you to resolve the above-referenced account. This letter is to inform you that MCM is considering forwarding this account to an attorney in your state for possible litigation. Please pay us at **MidlandCredit.com** or call **877-654-1129** no later than **1/17/2020**.

If we don't hear from you or receive payment, MCM may proceed with forwarding this account to an attorney.

We would like to make an arrangement with you to resolve the above referenced account using the following:
- Bi-weekly payments as low as $25 continuing until paid

The opportunity to pay the amount listed above does not alter or amend your validation rights as described in our previous letter to you. Please contact our office at **877-654-1129** by **1/17/2020** to take advantage of the above. Once you have completely fulfilled your payment arrangement, you will be released of the obligation. We are not obligated to renew this offer.

Thank you for your cooperation in resolving this matter. Upon receipt of this notice, please pay at **MidlandCredit.com** or call **877-654-1129** to discuss your options.

Sincerely,

Nemneikim Haokip

Midland Credit Management, Inc.

MidlandCredit.com

877-654-1129 Ext. 54512

00034353

 **MidlandCredit.com**

 **877-654-1129**

 Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**          REC000