To: Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108
Phone: 877-654-1129
Fax: 877-201-8692

Date: January 27, 2020

Re: BIANCHI, ANTHONY

To Whom It May Concern:

The above referenced individual is represented by the Law Offices of Jibrael S. Hindi, PLLC. Our client, Anthony Bianchi, revokes any and/or all consent or approval which your organization *may* have to contact Mr. Bianchi. For purposes of clarity - do not contact our client directly. Send any and/or all correspondence to our office at: 110 S.E. 6th Street, Suite 1700, Fort Lauderdale, Florida.

                                                Sincerely,

                                                JIBRAEL S. HINDI, ESQ.
                                                Direct: 954-907-1136 E-mail: jibrael@jibraellaw.com